UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                        Case No. 09-cr-121-01, 03-SM

Luis A. Ortiz and Wendy Aybar

O R D E R

Defendant Aybar's assented-to motion to continue the trial (document no. 19) is granted. Defendant Aybar has filed a Waiver of Speedy Trial. Trial has been rescheduled for the month of November 2009.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference:      October 19, 2009 at 2:30 p.m.

    Jury Selection:                  November 3, 2009 at 9:30 AM

SO ORDERED.

July 13, 2009

_____
Steven J. McAuliffe
Chief Judge

cc: Jonathan Saxe, Esq.
James Gleason, Esq.
Jennifer Davis, AUSA
U. S. Probation
U. S. Marshal